| | | |
|---|---|---|
| People v O'Kane | County Ct, 9/14/15 (Albany) | granted 8/1/16 (Abdus-Salaam, J.) |
| People v Olah | 2d Dept: 139 AD3d 964 (Dutchess) | denied 8/1/16 (Fahey, J.) |
| People v Ortiz (Jose) | 1st Dept: 139 AD3d 448 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Ortiz (Jovan) | 1st Dept: 139 AD3d 592 (NY) | denied 8/26/16 (DiFiore, Ch. J.) |
| People v Owens | 2d Dept: 138 AD3d 1035 (Queens) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Paris | 1st Dept: 137 AD3d 537 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Parker | 4th Dept: 132 AD3d 1268 (Erie) | denied reconsideration 8/24/16 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Paulin (Rakim) | App Div, 2d Dept: 2016 NY Slip Op 72186(U) (Dutchess) | dismissed 8/30/16 (Fahey, J.) |
| People v Paulin (Rakim) | 2d Dept: 140 AD3d 985 (Dutchess) | denied 8/30/16 (Fahey, J.) |
| People v Pendleton | 2d Dept: 128 AD3d 856 (Dutchess) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Pereira-Orlando | 1st Dept: 139 AD3d 616 (Bronx) | denied 8/30/16 (Garcia, J.) |
| People v Peters | App Div, 3d Dept: 2016 NY Slip Op 72779(U) (Chemung) | denied 8/30/16 (Garcia, J.) |
| People v Peyatt | 4th Dept: 140 AD3d 1680 (Niagara) | denied 8/31/16 (Rivera, J.) |
| People v Quinones (Luis) | 4th Dept: 140 AD3d 1693 (Onondaga) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Quinones (Nolber) | 1st Dept: 139 AD3d 408 (NY) | denied 8/30/16 (Fahey, J.) |
| People v Rabanal | 2d Dept: 139 AD3d 758 (Nassau) | denied 8/10/16 (Rivera, J.) |
| People v Rahman | 1st Dept: 137 AD3d 523 (Bronx) | denied 8/11/16 (Pigott, J.) |
| People v Ramdass | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 51 Misc 3d 138(A) (Queens) | denied 8/25/16 (Fahey, J.) |
| People v Ramos | 3d Dept: 135 AD3d 1234 (Albany) | denied 8/16/16 (Garcia, J.) |
| People v Ramsundar (Gomatee) | 2d Dept: 138 AD3d 890 (Queens) | denied 8/26/16 (DiFiore, Ch. J.) |
| People v Ramsundar (Shane) | 2d Dept: 138 AD3d 891 (Queens) | denied 8/26/16 (DiFiore, Ch. J.) |
| People v Ramsundar (Shantel) | 2d Dept: 138 AD3d 892 (Queens) | denied 8/26/16 (DiFiore, Ch. J.) |